event, on the ground of **error in** refusals to charge as requested by defendant at folios 154, 155, and 156 of the record, and because of insufficient proof of the damages awarded by the jury.

THOMAS, J., not voting.

---

HOLLANDER v. JUDSON. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by Edward Hollander against Charles I. Judson. No opinion. Motion denied, with $10 costs. Order filed.

---

In re HOLLENBECK'S WILL. (Supreme Court, Appellate Division, Fourth Department. May 28, 1913.) In the matter of the probate of the last will and testament of Anna M. Hollenbeck, deceased.

PER CURIAM. Decree of Surrogate's Court reversed upon questions of fact, with costs to appellant to abide event, payable out of the estate, and a trial of the following questions of fact directed to be had by a jury at a Trial Term of the Supreme Court to be held in and for the county of Monroe on the second Monday of September, 1913, viz.: (1) Was the instrument offered for probate, dated the 2d day of August, 1895, duly executed and published by the testatrix as her last will and testament? (2) Did the testatrix duly execute and publish a will on or about December 5, 1910, or at any time subsequent to the execution of the instrument proposed for probate, by which he revoked the will dated August 2, 1895? The particular questions of fact upon which the reversal is made are the findings contained in the decision to the effect that the testatrix executed a will on or about December 5, 1910, in the manner and form set forth in the decision. See In re Burtis, 107 App. Div. 51, 94 N. Y. Supp. 961; In re Richardson, 137 App. Div. 104, 122 N. Y. Supp. 83.

---

HOLMES, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by James H. Holmes against the City of New York. No opinion. Motion denied, without costs. See, also, 141 N. Y. Supp. 1123.

---

HOWATT v. BARRETT. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Michael E. Howatt against William M. Barrett. No opinion. Motion granted. Order filed. See, also, 142 N. Y. Supp. 135.

---

HUBBARD et al., Respondents, v. OCEAN ACCIDENT & GUARANTEE CORPORA-TION, LIMITED, OF LONDON, ENGLAND, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Ralph K. Hubbard and others against the Ocean Accident & Guarantee Corporation, Limited, of London, England. J. L. Prager, of New York City, for appellant. W. S. Maddox, of New York City, for respondents. No opinion. Order modified, as directed in order, and, as modified, affirmed, without costs. Order filed.

---

HUFFMAN v. PEOPLE et al. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Action by Earl C. Huffman against the People of the State of New York and others.

PER CURIAM. Judgment affirmed, with costs.

MERRELL, J., not sitting.

---

HUNTER, Respondent, v. NEW YORK IN-TERURBAN WATER CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) Action by John F. Hunter against the New York Interurban Water Company.

PER CURIAM. Order modified, to the extent that the temporary injunction against the defendant shall be confined simply to the cutting off of the water supply of plaintiff and those similarly situated, pending the trial of the action, provided payment is made for said water supply at the rates in force on December 31, 1912, and all reasonable regulations of the defendant have been complied with. If plaintiff neglects to bring this action on for trial at the June Special Term for Trials in Westchester, then the defendant may apply at Special Term for the vacation of the injunction order or the giving of such further security by the plaintiff as it may feel advised. Settle order before Mr. Justice Carr.

---

HUSSEY v. FITCH. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by Eleanor M. Hussey against Laura R. Fitch. No opinion. Application denied, with $10 costs. Order signed.

---

HUTCHINSON, Respondent, v. McCADDON et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Action by Anna Isabelle Hutchinson against Joseph T. McCaddon and another, individually and as executors, etc. No opinion. Motion denied, with $10 costs. See, also, 141 N. Y. Supp. 809.

---

HYATT, Appellant, v. LAMONTE, Respondent. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by James D. Hyatt against Austin Lamonte. No opinion. Judgment and order affirmed, with costs.

---

HYLE et al., Respondents, v. HALL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 28, 1913.) Action by Edward C. Hyle, as trustees, etc., and others, against George A. Hall and another.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., having been present at the argument of the appeal, died on the 8th